UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>     plaintiff,  )<br>   )<br>     v.  )<br>   )<br>WILLIAM PIERCE,  )<br>   )<br>     defendant.  ) | File No. 04-390 (MJD) |

## ORDER PERMITTING TRAVEL

William Pierce, having requested permission to travel out of state from November 27th through December 10th, for business and given Mr. Pierce's compliance with all conditions of pretrial release and compliance with this Court's earlier authorization for travel:

IT IS HEREBY ORDERED, that William Pierce shall be allowed to travel out of state from November 27th through December 10th, in connection with his work duties only.

Dated: November 16, 2005            s/ Michael J. Davis
                                    Michael J. Davis
                                    Judge of District Court