UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                    Plaintiff,        Criminal No. 04-390 (MJD/JSM)

v.                                **ORDER GRANTING DEFENDANT'S JOINT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT OBJECTIONS TO PSI REPORTS**

WILLIAM PIERCE (1),
SHIRLEY PIERCE (2),

                    Defendants.

---

Ann Anaya and John Marti, Assistant United States Attorneys, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Deborah K. Ellis, 6 West Fifth Street, Suite 700, St. Paul, MN 55102, counsel for defendant, William Pierce.

Katherine M. Menendez, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for defendant, Shirley Pierce.

---

      The defendants' joint motion for enlargement of time [Docket No. 107] is **GRANTED**.

      **IT IS HEREBY ORDERED** that objections to the presentence investigation reports shall be turned in no later than Tuesday, January 17, 2006.


Dated: December 19, 2005                s/ Michael J. Davis
                                                    Honorable Michael J. Davis
                                                    United States District Court Judge