UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| plaintiff, ) | |
| ) | |
| v. ) | File No. 04-390 (MJD) |
| ) | |
| WILLIAM PIERCE, ) | |
| ) | |
| defendant. ) | |

# ORDER PERMITTING TRAVEL

William Pierce, having requested permission to travel out of state from January 27th through the 29th, for business and given Mr. Pierce's compliance with all conditions of pretrial release and compliance with this Court's earlier authorizations for travel:

IT IS HEREBY ORDERED, that William Pierce shall be allowed to travel out of state from January 27, 2006 through January 29, 2006, in connection with his work duties only.


Dated: January 12, 2006                s/ Michael J. Davis
                                       Michael J. Davis
                                       Judge of District Court