UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>    plaintiff,  )<br>    )<br>v.  )<br>    )<br>(1) WILLIAM PIERCE,  )<br>    )<br>    defendant.  ) | File No. 04-390 (MJD) |

## ORDER PERMITTING TRAVEL

William Pierce, having requested permission to travel out of state from February 9th through the 12th, for business and given Mr. Pierce's compliance with all conditions of pretrial release and compliance with this Court's earlier authorizations for travel:

IT IS HEREBY ORDERED, that William Pierce shall be allowed to travel out of state from February 9th through February 12th, 2006, in connection with his work duties only.

Dated: February 6, 2006            __s/Michael J. Davis_____
                                   Michael J. Davis
                                   Judge of District Court