UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|            plaintiff,          ) | |
| v.          ) | File No. 04-390 (MJD) |
| WILLIAM PIERCE,          ) | |
|            defendant.          ) | |

## ORDER PERMITTING TRAVEL

William Pierce, having requested permission to travel out of state from March 3rd through March 5th, 2006 for business and given Mr. Pierce's compliance with all conditions of pretrial release and compliance with this Court's earlier authorizations for travel:

IT IS HEREBY ORDERED, that William Pierce shall be allowed to travel out of state from March 3rd through March 5th, 2006, in connection with his work duties only.

Dated: February 24, 2006                    s / Michael J. Davis
                                                               Michael J. Davis
                                                               Judge of District Court