UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>      plaintiff,     )<br>            )<br>      v.        )<br>            )<br>WILLIAM PIERCE,      )<br>            )<br>      defendant.   ) | File No. 04-390 (MJD) |

## ORDER PERMITTING TRAVEL

William Pierce, having requested permission to travel out of state from April 9, 2006 through April 14, 2006 for business and given Mr. Pierce's compliance with all conditions of pretrial release and compliance with this Court's earlier authorizations for travel:

IT IS HEREBY ORDERED, that William Pierce shall be allowed to travel out of state from April 9, 2006 through April 14, 2006, in connection with his work duties only.

Dated: March 27, 2006                             s / Michael J. Davis
                                                  Michael J. Davis
                                                  Judge of District Court