UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>plaintiff, )<br>)<br>v. )<br>)<br>(1) WILLIAM PIERCE, )<br>)<br>defendant. ) | File No. 04-390 (MJD) |

## ORDER PERMITTING TRAVEL

William Pierce, having requested permission to travel out of state from June 4, 2006 through June 16, 2006 for military purposes and given Mr. Pierce's compliance with all conditions of pretrial release and compliance with this Court's earlier authorizations for travel:

IT IS HEREBY ORDERED, that William Pierce shall be allowed to travel out of state from June 4, 2006 through June 16, 2006, in connection with his work duties only.


Dated: June 1, 2006                                s / Michael J. Davis
                                                   Michael J. Davis
                                                   Judge of District Court