UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| plaintiff,             ) | |
| v.                    ) | File No. 04-390 (MJD) |
| WILLIAM PIERCE,                 ) | |
| defendant.            ) | |

## ORDER PERMITTING TRAVEL

William Pierce, having requested permission to travel out of state from June 26, 2006 through July 2, 2006 for personal reasons and July 7, 2006 through July 9, 2006 for work purposes and July 21, 2006 through July 23, 2006 for work purposes and given Mr. Pierce's compliance with all conditions of pretrial release and compliance with this Court's earlier authorizations for travel:

IT IS HEREBY ORDERED, that William Pierce shall be allowed to travel out of state from June 26, 2006 through July 2, 2006; July 7, 2006 through July 9, 2006; and July 21, 2006 through July 23, 2006 for his personal reasons and work duties.


Dated:  June 27, 2006                           __s/Michael J. Davis_____
                                                Michael J. Davis
                                                Judge of District Court