UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     plaintiff,   )<br>  )<br>       v.    )<br>  )<br>WILLIAM PIERCE,   )<br>  )<br>     defendant.   ) | File No. 04-390 (MJD) |

### ORDER PERMITTING TRAVEL

William Pierce, having requested permission to travel out of state from August 31, 2006 through September 4, 2006, for purposes of visiting his wife given Mr. Pierce's compliance with all conditions of pretrial release and compliance with this Court's earlier authorizations for travel:

IT IS HEREBY ORDERED, that William Pierce shall be allowed to travel out of state from August 31, 2006 through September 4, 2006; for purposes of visiting his wife, Shirley Pierce in West Virginia.

Dated: September 5, 2006        s / Michael J. Davis
                                 Michael J. Davis
                                 Judge of District Court